IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAURA FARINA,** | : |
| **Plaintiff,** | : |
| v. | : CASE NO. 3:24-cv-00213-RDM |
| **MIDLAND CREDIT MANAGEMENT INC.,** | : |
| **Defendant.** | : |

## ORDER

AND NOW, this ____ day of _____, upon consideration of Defendant Midland Credit Management, Inc.'s Unopposed Motion for Extension of Time to Answer Plaintiff's Complaint, and noting Plaintiff's concurrence, it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant Midland Credit Management, Inc. shall have to and including February 27, 2024 by which to answer Plaintiff's Complaint.

BY THE COURT:

_____
Hon. Robert D. Mariani
United States District Judge