IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURA FARINA, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:24-cv-00213-RDM |
| MIDLAND CREDIT MANAGEMENT INC., | : |
| Defendant. | : |

**FILED SCRANTON**

FEB 14 2024

PER _____ DEPUTY CLERK

**ORDER**

AND NOW, this 14th day of February, upon consideration of Defendant Midland Credit Management, Inc.'s Unopposed Motion for Extension of Time to Answer Plaintiff's Complaint, and noting Plaintiff's concurrence, it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant Midland Credit Management, Inc. shall have to and including February 27, 2024 by which to answer Plaintiff's Complaint.

BY THE COURT:

_____
Hon. Robert D. Mariani
United States District Judge