THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LAURA FARINA, :
:
    Plaintiff, :
v. : 3:24-CV-213
: (JUDGE MARIANI)
MIDLAND CREDIT MANAGEMENT, INC., :
:
    Defendant. :

## ORDER

The background of this Order is as follows:

On February 6, 2024, Defendant removed the above-captioned action to this Court from the Court of Common Pleas of Pike County. Defendant thereafter filed an unopposed Motion for Extension of Time to Answer Complaint, requesting to extend the deadline to respond to Plaintiff's Complaint by 14 days, *i.e.* until February 27, 2024 (Doc. 3), which was granted by the Court (Doc. 4).

As of the date of this Order, Defendant has filed neither an Answer nor other responsive pleading, nor has any party filed any other document of record.

**ACCORDINGLY, THIS 11TH DAY OF MARCH, 2024, IT IS HEREBY ORDERED THAT** the parties shall file a joint letter no later than **seven days** from the date of this Order setting forth the status of this action.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge