# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Laura Farina,<br><br>    Plaintiff<br><br>v.<br><br>Midland Credit Management, Inc.,<br>    Defendant | Docket No. 3:24-cv-213-RDM<br>(JUDGE ROBERT D. MARIANI)<br><br><br><br><br>Electronically Filed |

## STATUS REPORT

The parties have reached a settlement in this matter, and the settlement should be completed within 60-days. The parties request a 60-day order to allow time for the settlement to become finalized.

| *s/ Brett Freeman* | *s/ Lauren Burnette (with consent)* |
|---|---|
| Brett Freeman | Lauren Burnette |
| Bar Number PA308834 | Bar Number 92412 |
| Attorney for Plaintiff | Attorney for Defendant |
| Freeman Law | Messer Strickler Burnette, LTD |
| 606 Hamlin Highway, Suite 2 | 12276 San Jose Blvd., Suite 718 |
| Lake Ariel, PA 18436 | Jacksonville, FL 32223 |
| P: (570) 589-0010 | P: (904) 527-1172 |
| F: (570) 456-5955 | F: (904) 683-7353 |
| Email: brett@freeman.law | Email: lburnette@messerstrickler.com |