**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

LAURA FARINA,                                    :
                                                 :
            Plaintiff,                           :
                                                 :
      v.                                         :      CIVIL ACTION NO. 3:24-CV-213
                                                 :      (JUDGE MARIANI)
MIDLAND CREDIT MANAGEMENT, INC., :
                                                 :
            Defendant.                           :

**ORDER**

**AND NOW, THIS** _13_ **DAY OF MARCH 2024**, the parties having informed the Court

that the above-captioned action has settled (Doc. 6), **IT IS HEREBY ORDERED THAT** this

action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown

within sixty (60) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time

to consummate the settlement, within the above 60-day time period will result in the automatic

conversion of this dismissal from one without prejudice to one with prejudice.

Robert D. Mariani
United States District Judge